

FILED

NOV 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED BEHAVIORAL HEALTH,

Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

Respondent,

DAVID WIT, on behalf of himself and all others similarly situated; et al.,

Real Parties in Interest.

No. 24-242

D.C. No. 3:14-cv-2346-JCS
Northern District of California,
San Francisco

ORDER

Before: CHRISTEN and FORREST, Circuit Judges, and ANELLO, District Judge.*

Judge Christen and Judge Forrest have voted to deny the petition for rehearing en banc, and Judge Anello has so recommended. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc is denied.

---

* The Honorable Michael M. Anello, United States District Judge for the Southern District of California, sitting by designation.